(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CLASSIC WORLD PRODUCTIONS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**36-4158723** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2760 BEVERLY DRIVE UNIT # 9**<br>**AURORA, IL 60502** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Kane** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☐ Individual(s)  ☐ Railroad
- ■ Corporation  ☐ Stockbroker
- ☐ Partnership  ☐ Commodity Broker
- ☐ Other _____  ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7  ■ Chapter 11  ☐ Chapter 13
- ☐ Chapter 9  ☐ Chapter 12
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business  ■ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | **Name of Debtor(s):** | **FORM B1**, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | **CLASSIC WORLD PRODUCTIONS, INC.** | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X **/s/ Richard L. Hirsh**
Signature of Attorney for Debtor(s)
**Richard L. Hirsh 1225936**
Printed Name of Attorney for Debtor(s)
**Richard L. Hirsh & Associates, P.C.**
Firm Name
**15 Spinning Wheel Rd.**
**Suite 128**
**Hinsdale, IL 60521-2984**
Address                    Email: richala@sbcglobal.net
**630 655-2600  Fax: 630 655-2636**
Telephone Number
**July 30, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ DARRELL PAYNE**
Signature of Authorized Individual
**DARRELL PAYNE**
Printed Name of Authorized Individual
**PRESIDENT**
Title of Authorized Individual
**July 30, 2005**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

# United States Bankruptcy Court
## Northern District of Illinois

In re **CLASSIC WORLD PRODUCTIONS, INC.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| C/F International Inc.<br>c/o Novack & Macey<br>303 W. Madison St #1500<br>Chicago, IL 60606 | C/F International Inc.<br>c/o Novack & Macey<br>303 W. Madison St #1500<br>Chicago, IL 60606 | judgment entered | | **1,030,446.00** |
| Com Ed -- Exelon Corporation<br>10 S. Dearborn -- Attn Legal Dept.<br>PO Box 805398<br>Chicago, IL 60680-5398 | Com Ed -- Exelon Corporation<br>10 S. Dearborn -- Attn Legal Dept.<br>PO Box 805398<br>Chicago, IL 60680-5398 | utilities | | **Unknown** |
| ILL. DEPT. REVENUE<br>PO BOX 64338<br>Chicago, IL 60664-0338 | ILL. DEPT. REVENUE<br>PO BOX 64338<br>Chicago, IL 60664-0338 | all assets of debtor | | **27,000.00**<br><br>**(Unknown secured)** |
| IRS<br>STOP 5013CHI<br>230 S. DEARBORN ST.<br>Chicago, IL 60604 | IRS<br>STOP 5013CHI<br>230 S. DEARBORN ST.<br>Chicago, IL 60604 | all assets of debtor | | **160,000.00**<br><br>**(Unknown secured)** |
| Nicor Gas<br>P.O. Box 2020<br>Aurora, IL 60507-2020 | Nicor Gas<br>P.O. Box 2020<br>Aurora, IL 60507-2020 | utilities | | **Unknown** |
| WALLACE COLLINS<br>254 W. 54TH ST<br>New York, NY 10019 | WALLACE COLLINS<br>254 W. 54TH ST<br>New York, NY 10019 | ATTORNEY FEES | | **Unknown** |
| William Goldberg<br>Attorney at Law<br>30 Hudson Street<br>Hackensack, NJ 07601 | William Goldberg<br>Attorney at Law<br>30 Hudson Street<br>Hackensack, NJ 07601 | ATTORNEY FEES | | **Unknown** |
| Wings Digital Corp.<br>c/o Abrams & Abrams<br>75 E. Wacker Dr. #320<br>Chicago, IL 60601 | Wings Digital Corp.<br>c/o Abrams & Abrams<br>75 E. Wacker Dr. #320<br>Chicago, IL 60601 | trade debt reduced to judgment | | **7,233.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

In re  **CLASSIC WORLD PRODUCTIONS, INC.**                                       Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date  **July 30, 2005**                     Signature  **/s/ DARRELL PAYNE**
**DARRELL PAYNE**
**PRESIDENT**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Richard L. Hirsh
Richard L. Hirsh & Associates, P.C.
15 Spinning Wheel Rd.
Suite 128
Hinsdale, IL 60521-2984


CLASSIC WORLD PRODUCTIONS, INC.
2760 BEVERLY DRIVE UNIT # 9
AURORA, IL 60502


IRS
STOP 5013CHI
230 S. DEARBORN ST.
Chicago, IL 60604


Ameritech



Beverly Properties
2760 Beverly Dr. Unit 9
Aurora, IL 60504


Beverly Properties, Inc.
4112 Diaimond Ct.
Naperville, IL 60564


C/F International Inc.
c/o Novack & Macey
303 W. Madison St #1500
Chicago, IL 60606


Com Ed -- Exelon Corporation
10 S. Dearborn -- Attn Legal Dept.
PO Box 805398
Chicago, IL 60680-5398


Darrell Payne
4112 Diamond Ct.
Naperville, IL 60564


First Choice Bank
2000 W. State Street
Geneva, IL 60134

```
ILL. DEPT. REVENUE
PO BOX 64338
Chicago, IL 60664-0338


Lindsey Taylor -- Carella Byrne etc
5 Becker Farm Road
Roseland, NJ 07068


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


United States Trutee
227 W. Monroe ST
33rd floor
Chicago, IL 60603


WALLACE COLLINS
254 W. 54TH ST
New York, NY 10019


William Goldberg
Attorney at Law
30 Hudson Street
Hackensack, NJ 07601


Wings Digital Corp.
c/o Abrams & Abrams
75 E. Wacker Dr. #320
Chicago, IL 60601
```