UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 05 B 29921 |
| CLASSIC WORLD PRODUCTIONS, | ) | |
| INC., | ) | Judge Pamela S. Hollis |
| | ) | |
| Debtor. | ) | Chapter 11 |

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER AWARDING TO RICHARD L. HIRSH, FORMER COUNSEL TO DEBTOR, ALLOWANCE AND PAYMENT OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 5,079.25 | TOTAL COSTS REQUESTED: | $ 0 |
| TOTAL FEES REDUCED: | $ 365.62 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 4,713.63 | TOTAL COSTS ALLOWED: | $ 0 |

**TOTAL FEES AND COSTS ALLOWED: $ 4,713.63**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(7)     **Lumping**
The Court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(14)    **Computational or Typographical Error**
The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

**IT IS SO ORDERED.**

ENTERED:

Date: MAR - 7 2006

PAMELA S. HOLLIS
United States Bankruptcy Judge

```
Date 12/29/05                  Richard L. Hirsh & Associates, P.C.
Time 5:08 pm                        Client Billing Worksheet                              Page 1

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━Selection Criteria━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
Date range                :All
Slip numbers              :All
Timekeeper                :All
Client                    :CLASSIC WORLD
Activity                  :All
Custom Fields             :All
Reference                 :All
Slip status               :Billed slips and transactions excluded
Other options             :
  Print Bills that are "paid in full"       :Yes
  Include transactions outside date range   :Yes
  Print Bills with no activity              :Yes
═══════════════════════════════════════════════════════════════════════════════


Nickname 1         : CLASSIC WORLD     Nickname 2: 417
Address            : CLASSIC WORLD PRODUCTIONS, INC.
                     2760 BEVERLY DRIVE #128
                     AURORA, IL 60502
cell               : 669-1766
In reference to:   CHAPTER 11 PROCEEDINGS
Rounding           : None
Full Precision     : No

Last bill          :
Last charge        : 11/22/05
Last payment       :                    Amount    :    $0.00
Arrangement        : Time Charges: From slips.
                   : Expenses: From slips.



Date/Slip#  Description                                HOURS/RATE      AMOUNT        TOTAL

  7/18/05  RLH / Meeting                                    4.00     1,300.00
  #6423    Meeting -- initial client interview;           325.00
           review seizure documents; NJ
           litigation matters; USDC ND ILL file         ⑦   (-$130.00)
           on registered judgment; research
           Rule 69 re writ of execution and 28
           USC 1963

  7/21/05  RLH / Meeting                                    0.75      243.75
  #6424    Meeting -- w/Payne; discuss chapter           325.00
           11 obligations and process; review
           latest status on assets; begin              ⑦   (-$24.37)
           draft retainer agreement and
           personal guaranty for Payne
```



EXHIBIT B

```
Date 12/29/05                Richard L. Hirsh & Associates, P.C.
Time 5:08 pm                      Client Billing Worksheet                          Page 2


CLASSIC WORLD  :CLASSIC WORLD PRODUCTIONS, INC. (continued)



Date/Slip#  Description                          HOURS/RATE        AMOUNT          TOTAL

 7/21/05    RLH / Correspondence                      0.50         162.50
 #6425      Letter to Lindsey Taylor re asset       325.00
            seizure; demand for return of
            non-debtor assets such as leased
            items; demand return of records

 7/22/05    RLH / Telephone                           0.09          29.25
 #6429      Telephone conf/w Darrell re             325.00
            completion of questionnaire

 7/25/05    RLH / Meeting                             1.50         487.50
 #6432      Meeting with Darrell to continue       325.00
            Preparation and assembly of for ch         (7)
            11 filing.  review letter to Taylor;                (-$48.75)

 7/26/05    RLH / Review                              0.33         107.25
 #6433      Review letter from Taylor and          325.00
            discuss with Darrell

 7/27/05    RLH / Correspondence                      0.50         162.50
 #6437      Letter to Lindsey Taylor re liens;    325.00
            letter to shonkwiller re
            citation;docs;                            (14)
                                                                 (-$162.50)

 7/27/05    RLH / Letter                              0.50         162.50
 #6438      Letter to: Shonkwiller re ciation to   325.00
            discover assets;  letter to Taylor
            regarding liens

 7/30/05    RLH / Meeting                             1.25         406.25
 #6441      Meeting WITH DArrell payne tofile     325.00
            peittion and discuss next steps re
            adversary

 7/30/05    RLH / Prep Pleadings                      4.25       1,381.25
 #6685      Preparation of pleadings -- Draft     325.00
            adversary complaint for recovery of
            preference, fraudulent transfer and
            injunction/turnover of property

  8/1/05    RLH / Meeting                             1.50         487.50
 #6443      Meeting with Darrell and marilyn      325.00
            Daiz re contents of office; list of
            creditors;  explain ch 11process;
```