IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 05 B 29921 |
| Classic World Productions, Inc. ) | Chapter 7 |
| ) | |
| Debtor ) | Judge Pamela S. Hollis |
| ) | |

### DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COMES Darryl Payne, Responsible Person for the Debtor, by and through his attorneys, Grochocinski, Grochocinski & Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, makes the following final report.

1. This case was filed as a Chapter 11 on July 30, 2005.

2. The case was converted to a Chapter 7 on the motion of the United States Trustee on April 18, 2006.

3. The Debtor is unaware of any debts having been incurred after the filing of the case and prior to conversion.

4. The Debtor obtained the following property after the filing of the petition and before conversion of the case: None known to the Debtor.

5. The Debtor entered into the following executory contracts and unexpired leases after the filing of the petition and before conversion of the case: Contract with the artists The Whispers to produce and record a concert. The Debtor did not provide any production services and was not paid anything for any services.

Respectfully submitted,
Classic World Productions, Inc.

By: /s/ Darryl Payne
Darryl Payne

David P. Lloyd
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park IL 60462
(708) 226-2700
Fax: (708) 226-9030