**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CLASSIC WORLD PRODUCTIONS, INC.           § Case No. 05-29921-
                                                 §
                                                 §
Debtor(s)                                        §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 03, 2004. The undersigned trustee was appointed on April 18, 2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $       11,294.40

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 524.42 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $   10,769.98 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/19/2006 and the deadline for filing governmental claims was 09/19/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,879.44. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,879.44, for a total compensation of $1,879.44.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $567.40, for total expenses of $567.40.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/26/2010         By: /s/JOSEPH R. VOILAND
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-29921-  
**Case Name:** CLASSIC WORLD PRODUCTIONS, INC.  

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 02/03/04 (c)  
**§341(a) Meeting Date:** 03/01/04  

**Period Ending:** 10/26/10  

**Claims Bar Date:** 09/19/06  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | checking account - First Choice | 150.00 | 150.00 | OA | 0.00 | FA |
| 2 | assorted memorabilia (gold records, etc.) | 200,000.00 | 200,000.00 | OA | 0.00 | FA |
| 3 | office artwork | 100,000.00 | 100,000.00 | OA | 0.00 | FA |
| 4 | industry trade contract books | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 5 | CD collection | 20,000.00 | 20,000.00 | OA | 0.00 | FA |
| 6 | non-classical Audio Master collection | 10,000,000.00 | 10,000,000.00 | OA | 0.00 | FA |
| 7 | classical Audio Master collection | 600,000.00 | 600,000.00 | OA | 0.00 | FA |
| 8 | Judy Garland - video master collection | 4,500,000.00 | 4,500,000.00 | OA | 0.00 | FA |
| 9 | Tom Jones video master collection | 300,000.00 | 300,000.00 | OA | 0.00 | FA |
| 10 | Engelbert Humperdink - video master collection | 200,000.00 | 200,000.00 | OA | 0.00 | FA |
| 11 | misc. individual show masters | 200,000.00 | 200,000.00 | OA | 0.00 | FA |
| 12 | receivables | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 13 | lawsuit - CFI and Bert Rosen | Unknown | 0.00 | OA | 0.00 | FA |
| 14 | copyrights | 0.00 | 0.00 | OA | 0.00 | FA |
| 15 | license rights | 0.00 | 0.00 | OA | 0.00 | FA |
| 16 | 10 office computers, master to CD reprod. equip. | 60,000.00 | 60,000.00 | OA | 0.00 | FA |
| 17 | inventory (recorded CD's) | 200,000.00 | 200,000.00 | OA | 0.00 | FA |
| 18 | Geneon Entertainment - royalty fees (u) | 0.00 | 1,800.00 | | 1,894.33 | FA |
| 19 | pepsi cola - vending machine refund (u) | 0.00 | 10.00 | | 10.00 | FA |
| 20 | turnover proceeding Darryl Payne (u) | Unknown | 14,000.00 | | 7,500.00 | FA |
| 21 | royalty payment - Handleman Services Co. (u) | Unknown | 1,864.28 | | 1,864.28 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 25.79 | Unknown |
| 22 | Assets Totals (Excluding unknown values) | **$16,390,150.00** | **$16,407,824.28** | | **$11,294.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 05-29921-     **Trustee:** (330380) JOSEPH R. VOILAND
**Case Name:** CLASSIC WORLD PRODUCTIONS, INC.     **Filed (f) or Converted (c):** 02/03/04 (c)
    **§341(a) Meeting Date:** 03/01/04
**Period Ending:** 10/26/10     **Claims Bar Date:** 09/19/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** March 30, 2008     **Current Projected Date Of Final Report (TFR):** October 15, 2010

Printed: 10/26/2010 03:26 PM     V.12.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-29921-  
**Case Name:** CLASSIC WORLD PRODUCTIONS, INC.  
**Taxpayer ID #:** **-***8723  
**Period Ending:** 10/26/10

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****24-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/16/06 | {18} | Geneon Entertainment (USA) Inc. | royalty fees | 1223-000 | 1,894.33 | | 1,894.33 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.37 | | 1,894.70 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.25 | | 1,895.95 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.29 | | 1,897.24 |
| 08/14/06 | | To Account #********2466 | transfer funds to pay for moving expenses | 9999-000 | | 300.00 | 1,597.24 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.18 | | 1,598.42 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.01 | | 1,599.43 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.12 | | 1,600.55 |
| 11/07/06 | 1001 | The Trailer Guy | trailer rental | 2420-000 | | 304.42 | 1,296.13 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.95 | | 1,297.08 |
| 12/07/06 | {19} | Pepsi-Cola General Bottlers, Inc. | vending machine refund | 1229-000 | 10.00 | | 1,307.08 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.82 | | 1,307.90 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.87 | | 1,308.77 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.65 | | 1,309.42 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.69 | | 1,310.11 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.72 | | 1,310.83 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.72 | | 1,311.55 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.67 | | 1,312.22 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.74 | | 1,312.96 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.72 | | 1,313.68 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.65 | | 1,314.33 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.77 | | 1,315.10 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.68 | | 1,315.78 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.67 | | 1,316.45 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.60 | | 1,317.05 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.27 | | 1,317.32 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.24 | | 1,317.56 |
| 04/04/08 | {21} | Handleman Services Company | royalty payment | 1223-000 | 1,864.28 | | 3,181.84 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.39 | | 3,182.23 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.39 | | 3,182.62 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.40 | | 3,183.02 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.40 | | 3,183.42 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.37 | | 3,183.79 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.41 | | 3,184.20 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.34 | | 3,184.54 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.25 | | 3,184.79 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 3,185.01 |

Subtotals :   $3,789.43   $604.42

{} Asset reference(s)

Printed: 10/26/2010 03:26 PM   V.12.54

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-29921-  
**Case Name:** CLASSIC WORLD PRODUCTIONS, INC.  
**Taxpayer ID #:** **-***8723  
**Period Ending:** 10/26/10

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****24-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,185.13 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,185.25 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,185.38 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,185.50 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,185.62 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,185.75 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,185.88 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,186.01 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,186.13 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,186.25 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,186.38 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,186.51 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,186.63 |
| 02/04/10 | {20} | Daryl Payne | partial payment on judgement | 1249-000 | 2,000.00 | | 5,186.63 |
| 02/20/10 | {20} | Joseph R. Voiland, Trust | partial payment - Daryl Payne | 1249-000 | 2,000.00 | | 7,186.63 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 7,186.81 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,187.13 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.18 | | 7,187.31 |
| 04/20/10 | | Wire out to BNYM account 9200******2465 | Wire out to BNYM account 9200******2465 | 9999-000 | -7,187.31 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 604.42 | 604.42 | $0.00 |
| | | | Less: Bank Transfers | | -7,187.31 | 300.00 | |
| | | | **Subtotal** | | 7,791.73 | 304.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,791.73** | **$304.42** | |

{} Asset reference(s)   Printed: 10/26/2010 03:26 PM   V.12.54

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05-29921-  
**Case Name:** CLASSIC WORLD PRODUCTIONS, INC.

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****24-66 - Checking Account

**Taxpayer ID #:** **-***8723  
**Period Ending:** 10/26/10

**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/14/06 | | From Account #********2465 | transfer funds to pay for moving expenses | 9999-000 | 300.00 | | 300.00 |
| 08/14/06 | 101 | Aaron Hart | labor re: asset removal | 2990-000 | | 30.00 | 270.00 |
| 08/14/06 | 102 | Ashley Nichols | labor re: asset removal | 2420-000 | | 30.00 | 240.00 |
| 08/14/06 | 103 | Rachel Monkemeyer | labor re: asset removal | 2420-000 | | 30.00 | 210.00 |
| 08/14/06 | 104 | Dale Johnson | labor re: asset removal | 2420-000 | | 30.00 | 180.00 |
| 08/14/06 | 105 | Nick Slack | labor re: asset removal | 2420-000 | | 30.00 | 150.00 |
| 08/14/06 | 106 | Brian McGrath | labor re: asset removal | 2420-000 | | 40.00 | 110.00 |
| 08/14/06 | 107 | Meghan Voiland | labor re: asset removal | 2420-000 | | 30.00 | 80.00 |
| 04/20/10 | | Wire out to BNYM account 9200******2466 | Wire out to BNYM account 9200******2466 | 9999-000 | -80.00 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 220.00 | 220.00 | $0.00 |
| Less: Bank Transfers | 220.00 | 0.00 | |
| **Subtotal** | 0.00 | 220.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$220.00** | |

{} Asset reference(s)

Printed: 10/26/2010 03:26 PM   V.12.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05-29921-  
**Case Name:** CLASSIC WORLD PRODUCTIONS, INC.

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******24-65 - Money Market Account

**Taxpayer ID #:** **-***8723  
**Period Ending:** 10/26/10

**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2465 | Wire in from JPMorgan Chase Bank, N.A. account ********2465 | 9999-000 | 7,187.31 | | 7,187.31 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 7,187.46 |
| 05/11/10 | {20} | Joseph R. Voiland Trust Account | proceeds from Darryl Payne | 1249-000 | 3,500.00 | | 10,687.46 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.56 | | 10,688.02 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.61 | | 10,688.63 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.64 | | 10,689.27 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.63 | | 10,689.90 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,689.98 |
| | | | **ACCOUNT TOTALS** | | 10,689.98 | 0.00 | **$10,689.98** |
| | | | Less: Bank Transfers | | 7,187.31 | 0.00 | |
| | | | **Subtotal** | | **3,502.67** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,502.67** | **$0.00** | |

{} Asset reference(s)

Printed: 10/26/2010 03:26 PM   V.12.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 05-29921-  
**Case Name:** CLASSIC WORLD PRODUCTIONS, INC.  
**Taxpayer ID #:** **-***8723  
**Period Ending:** 10/26/10  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******24-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2466 | Wire in from JPMorgan Chase Bank, N.A. account ********2466 | 9999-000 | 80.00 | | 80.00 |
| | | | **ACCOUNT TOTALS** | | 80.00 | 0.00 | $80.00 |
| | | | Less: Bank Transfers | | 80.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****24-65** | 7,791.73 | 304.42 | 0.00 |
| **Checking # ***-*****24-66** | 0.00 | 220.00 | 0.00 |
| **MMA # 9200-******24-65** | 3,502.67 | 0.00 | 10,689.98 |
| **Checking # 9200-******24-66** | 0.00 | 0.00 | 80.00 |
| | $11,294.40 | $524.42 | $10,769.98 |

{} Asset reference(s)    Printed: 10/26/2010 03:26 PM    V.12.54

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-29921-
Case Name: CLASSIC WORLD PRODUCTIONS, INC.
Trustee Name: JOSEPH R. VOILAND

**Balance on hand:** $ 10,769.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,769.98

**UST Form 101-7-TFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH R. VOILAND | 1,879.44 | 0.00 | 1,879.44 |
| Trustee, Expenses - JOSEPH R. VOILAND | 567.40 | 0.00 | 567.40 |
| Fees, United States Trustee | 1,500.00 | 0.00 | 1,500.00 |

Total to be paid for chapter 7 administration expenses: $ 3,946.84
Remaining balance: $ 6,823.14

**UST Form 101-7-TFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Richard L. Hirsh | 4,713.63 | 0.00 | 565.14 |
| Attorney for D-I-P Fees - Springer Brown Covey Gaertner and Davis (ADMINISTRATIVE) | 52,195.50 | 0.00 | 6,258.00 |

    Total to be paid for prior chapter administrative expenses: $ 6,823.14
    Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $290,065.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | IRS | 51,247.22 | 0.00 | 0.00 |
| 2S | IRS | 238,148.05 | 0.00 | 0.00 |
| 8P | Illinois Department of Revenue | 670.30 | 0.00 | 0.00 |

Total to be paid for priority claims:    $            0.00
Remaining balance:                        $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 1,238,098.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WALLACE COLLINS | 9,551.15 | 0.00 | 0.00 |
| 3 | Illinois Bell Telephone Company | 3,078.66 | 0.00 | 0.00 |
| 4 | Nicor Gas | 783.11 | 0.00 | 0.00 |
| 5 | Illinois Department of Revenue | 60.00 | 0.00 | 0.00 |
| 7 | Admiral Air Express, Inc., dba ALG Admiral, Inc. | 5,975.00 | 0.00 | 0.00 |
| 8U | Illinois Department of Revenue | 202.34 | 0.00 | 0.00 |
| 13 | Old Dominion Freight Line Inc | 166.73 | 0.00 | 0.00 |
| 14 | Guerard Kalina & Butkus | 44,536.20 | 0.00 | 0.00 |
| 16 | C/F International Inc. | 1,173,745.21 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $             0.00
Remaining balance:                                        $             0.00

**UST Form 101-7-TFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 36,934.66 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Ivie McNeill & Wyatt | 36,934.66 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**