**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: CLASSIC WORLD PRODUCTIONS, INC. | § | Case No. 05-29921- |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 01/11/2011 in Courtroom 644, United States Courthouse, Dirkson Federal Building
219 South Dearborn St.
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/26/2010              By:  JOSEPH R. VOILAND
                                                    Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CLASSIC WORLD PRODUCTIONS, INC. § Case No. 05-29921-
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 11,294.40 |
| *and approved disbursements of* | $ 524.42 |
| *leaving a balance on hand of* [1] | $ 10,769.98 |
| **Balance on hand:** | $ 10,769.98 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,769.98 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 1,879.44 | 0.00 | 1,879.44 |
| Trustee, Expenses - JOSEPH R. VOILAND | 567.40 | 0.00 | 567.40 |
| Fees, United States Trustee | 1,500.00 | 0.00 | 1,500.00 |

Total to be paid for chapter 7 administration expenses:   $   3,946.84
Remaining balance:   $   6,823.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Richard L. Hirsh | 4,713.63 | 0.00 | 565.14 |
| Attorney for D-I-P Fees - Springer Brown Covey Gaertner and Davis (ADMINISTRATIVE) | 52,195.50 | 0.00 | 6,258.00 |

Total to be paid for prior chapter administrative expenses:   $   6,823.14
Remaining balance:   $   0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $290,065.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | IRS | 51,247.22 | 0.00 | 0.00 |
| 2S | IRS | 238,148.05 | 0.00 | 0.00 |
| 8P | Illinois Department of Revenue | 670.30 | 0.00 | 0.00 |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 1,238,098.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WALLACE COLLINS | 9,551.15 | 0.00 | 0.00 |
| 3 | Illinois Bell Telephone Company | 3,078.66 | 0.00 | 0.00 |
| 4 | Nicor Gas | 783.11 | 0.00 | 0.00 |
| 5 | Illinois Department of Revenue | 60.00 | 0.00 | 0.00 |
| 7 | Admiral Air Express, Inc., dba ALG Admiral, Inc. | 5,975.00 | 0.00 | 0.00 |
| 8U | Illinois Department of Revenue | 202.34 | 0.00 | 0.00 |
| 13 | Old Dominion Freight Line Inc | 166.73 | 0.00 | 0.00 |
| 14 | Guerard Kalina & Butkus | 44,536.20 | 0.00 | 0.00 |
| 16 | C/F International Inc. | 1,173,745.21 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $            0.00
Remaining balance:   $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 36,934.66 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| 17 | Ivie McNeill & Wyatt | 36,934.66 | 0.00 | 0.00 |

|   |   |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez              Page 1 of 2                   Date Rcvd: Nov 30, 2010
Case: 05-29921                Form ID: pdf006              Total Noticed: 41

The following entities were noticed by first class mail on Dec 02, 2010.
db           +Classic World Productions Inc.,    2760 Beverly Drive Unit  # 9,    Aurora, IL 60502-8604
aty          +Christopher J Hales,    Burke, Burns & Pinelli, Ltd,    70 W. Madison,    Suite 4300,
               Chicago, IL 60602-4229
aty          +Michael J. Davis,     Springer, Brown, Covey, Gaetner & Davis,    400 S County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Richard L Hirsh,    Richard L Hirsh & Associates PC,    1500 Eisenhower Lane,    Suite 800,
               Lisle, IL 60532-2135
aty          +Springer Brown Covey Gaertner and Davis,     611 S Addison,    Addison, IL 60101-4648
tr           +Joseph Voiland,     Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
10489925     +ADP EAS,    c/o Butler Robbins & White,    5701 Pine Island Rd  #360,
               Fort Lauderdale, FL 33321-4400
10486482     +Admiral Air Express, Inc., dba ALG Admiral, Inc.,    c/o Receivable Management Services,
               P.O. Box 5126,    Timonium, Maryland 21094-5126,    Contact: Phyllis A. Hayes
10489926    +++Advanced Duplication Services LLC,     Bernick and Lifson PA,    The Colonnade  Suite 1200,
               5500 Wayzata Boulevard,    Minneapolis, Minnesota 55416-1241
10489928     +Aspen Publishers,    c/o MCS Credit & Audit Svs,    PO Box 1130,    Mechanicsburg, PA 17055-1130
9633862      +Beverly Properties,    2760 Beverly Dr. Unit 9,    Aurora, IL 60502-8604
9633863      +Beverly Properties, Inc.,    4112 Diaimond Ct.,    Naperville, IL 60564-7131
9633864      +C/F International Inc.,    c/o Novack & Macey,    303 W. Madison St #1500,    Chicago, IL 60606-3380
9633865      +Com Ed -- Exelon Corporation,    10 S. Dearborn -- Attn Legal Dept.,    PO Box 805398,
               Chicago, IL 60680-4183
10489921      Diadem Digital Inc,    c/o Receivables Control Corporation,    7373 Kirkwood Court  Ste 200,
               Minneapolis, MN 55369
10489922     +Directech Solutions/Canon,    2760 Beverly Dr Ste 5,    Aurora, IL 60502-8604
10489923     +Dugan & Lopatka,    104 E Roosevelt Rd,    Wheaton, IL 60187-5267
10489924     +FedX Freight East Inc,    c/o Commercial Services Group Inc,    PO Box 292675,
               Dayton, OH 45429-0675
9633867      +First Choice Bank,    2000 W. State Street,    Geneva, IL 60134-3696
10489929     +Gray Plant Mooty etal,    500 IDS Center,    80 South 8th Street,    Minneapolis, MN 55402-2100
10489930     +Guerard Kalina & Butkus,    100 W Roosevelt Rd,    Wheaton, IL 60187-5260
9633868       ILL. DEPT. REVENUE,    PO BOX 64338,    Chicago, IL 60664-0338
10482418    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    Bankruptcy Unit,
               100 W. Randolph St,, #7-400,    Chicago, IL 60601)
9633860     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  IRS,    STOP 5013CHI,    230 S. DEARBORN ST.,    Chicago, IL 60604)
9902546      +Illinois Bell Telephone Company,    PO Box 981268,    West Sacramento, CA 95798-1268
10489931     +Ivie McNeill & Wyatt,    444 S Flower St Ste 1800,    Los Angeles, CA 90071-2919
9633869      +Lindsey Taylor -- Carella Byrne etc,    5 Becker Farm Road,    Roseland, NJ 07068-1741
10489932     +New On The Charts,    70 Laurel Place,    New Rochelle, NY 10801-7105
10489934     +Overnite Transportation,    A UPS Company,    PO Box 964,    Old Bridge, NJ 08857-0964
10489935     +Roadway Express,    PO Box 111,    Akron, OH 44309-0111
10909734     +Springer Brown Covey Gaertner and Davis,     400 S. County Farm Rd., St. 330,
               Wheaton, Ill 60187-4547
10489937     +Super Cartage,    2300 S Throop St,    Chicago, IL 60608-5012
9633871      +United States Trutee,    227 W. Monroe ST,    33rd floor,    Chicago, IL 60606-5055
9633872      +WALLACE COLLINS,    119 5th Avenue 3rd Floor,    New York, NY 10003-1007
9633873       William Goldberg,    Attorney at Law,    30 Hudson Street,    Hackensack, NJ 07601
9633874      +Wings Digital Corp.,    c/o Abrams & Abrams,    75 E. Wacker Dr. #320,    Chicago, IL 60601-3740
10489938      Zanin,    c/o D&B Receivable Management Svs,    PO Box 6600 Station A,    Mississauga ON L5A 4M6
10917093     +c/o Adelman & Gettleman, Ltd.,    53 W. Jackson Blvd., Suite 1050,    Chicago, Il 60604-3786,
               attn:  Stanley F. Orszula, Esq.

The following entities were noticed by electronic transmission on Dec 01, 2010.
10025044     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,   PO Box 549,
               Aurora IL 60507-0549
9633870       E-mail/Text: bankrup@nicor.com                            Nicor Gas,   P.O. Box 2020,
               Aurora, IL 60507-2020
10489933      Fax: 336-822-5007 Dec 01 2010 01:49:26     Old Dominion Freight Line Inc,   P O Box 60908,
               Charlotte, NC 28260
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Accounting and Business Services
aty           Springer Brown Covey Gaertner & Davis LLC
aty           Tom Bonetti
9633861       Ameritech
10720641      Office of the U.S. Trustee
10489927    ##+ALG Admiral Inc,    1101 Ellis Ave,    Bensenville, IL 60106-1115
9633866     ##+Darrell Payne,    4112 Diamond Ct.,    Naperville, IL 60564-7131
10720955    ##+Richard L. Hirsh,    15 Spinning Wheel Rd,    Ste 128,    Hinsdale, LI  60521-2983
10489936    ##+Sprint/Nextel,    PO Box 17990,    Denver, CO 80217-0990
                                                                                                TOTALS: 5, * 0, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1          User: mgonzalez           Page 2 of 2                Date Rcvd: Nov 30, 2010
Case: 05-29921                Form ID: pdf006           Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2010**          **Signature:**          _Joseph Speetjens_