**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: CLASSIC WORLD PRODUCTIONS, INC.   § Case No. 05-29921-
                                         §
                                         §
                                         §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $16,390,150.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00              Claims Discharged
                                                    Without Payment: $1,326,950.58

Total Expenses of Administration: $11,294.69

---

    3) Total gross receipts of $ 11,294.69 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,294.69
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,471.26 | 4,471.26 | 4,471.26 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 56,909.13 | 56,909.13 | 6,823.43 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 294,779.20 | 290,065.57 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,327,493.87 | 1,275,033.06 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,683,653.46 | $1,626,479.02 | $11,294.69 |

4) This case was originally filed under Chapter 7 on February 03, 2004. The case was pending for 85 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/02/2011          By: /s/JOSEPH R. VOILAND
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Geneon Entertainment - royalty fees | 1223-000 | 1,894.33 |
| pepsi cola - vending machine refund | 1229-000 | 10.00 |
| turnover proceeding Darryl Payne | 1249-000 | 7,500.00 |
| royalty payment - Handleman Services Co. | 1223-000 | 1,864.28 |
| Interest Income | 1270-000 | 26.08 |
| **TOTAL GROSS RECEIPTS** | | **$11,294.69** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 1,879.44 | 1,879.44 | 1,879.44 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 567.40 | 567.40 | 567.40 |
| Office of the U.S. Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Aaron Hart | 2990-000 | N/A | 30.00 | 30.00 | 30.00 |
| Ashley Nichols | 2420-000 | N/A | 30.00 | 30.00 | 30.00 |
| Rachel Monkemeyer | 2420-000 | N/A | 30.00 | 30.00 | 30.00 |
| Dale Johnson | 2420-000 | N/A | 30.00 | 30.00 | 30.00 |
| Nick Slack | 2420-000 | N/A | 30.00 | 30.00 | 30.00 |
| Brian McGrath | 2420-000 | N/A | 40.00 | 40.00 | 40.00 |
| Meghan Voiland | 2420-000 | N/A | 30.00 | 30.00 | 30.00 |
| The Trailer Guy | 2420-000 | N/A | 304.42 | 304.42 | 304.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,471.26 | 4,471.26 | 4,471.26 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard L. Hirsh | 6210-160 | N/A | 4,713.63 | 4,713.63 | 565.17 |
| Springer Brown Covey Gaertner and Davis (ADMINISTRATIVE) | 6210-160 | N/A | 52,195.50 | 52,195.50 | 6,258.26 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 56,909.13 | 56,909.13 | 6,823.43 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | IRS | 5900-000 | N/A | 51,247.22 | 51,247.22 | 0.00 |
| 2S | IRS | 5900-000 | N/A | 238,148.05 | 238,148.05 | 0.00 |
| 8P | Illinois Department of Revenue | 5800-000 | N/A | 670.30 | 670.30 | 0.00 |
| 10 | Richard L. Hirsh | 5800-000 | N/A | 4,713.63 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 294,779.20 | 290,065.57 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WALLACE COLLINS | 7100-000 | N/A | 9,551.15 | 9,551.15 | 0.00 |
| 3 | Illinois Bell Telephone Company | 7100-000 | N/A | 3,078.66 | 3,078.66 | 0.00 |
| 4 | Nicor Gas | 7100-000 | N/A | 783.11 | 783.11 | 0.00 |
| 5 | Illinois Department of Revenue | 7100-000 | N/A | 60.00 | 60.00 | 0.00 |
| 6 | Admiral Air Express, Inc., dba ALG Admiral, Inc. | 7100-000 | N/A | 5,975.00 | 0.00 | 0.00 |
| 7 | Admiral Air Express, Inc., dba ALG Admiral, Inc. | 7100-000 | N/A | 5,975.00 | 5,975.00 | 0.00 |
| 8U | Illinois Department of Revenue | 7100-000 | N/A | 202.34 | 202.34 | 0.00 |
| 12 | WALLACE COLLINS | 7100-000 | N/A | 9,551.15 | 0.00 | 0.00 |
| 13 | Old Dominion Freight Line Inc | 7100-000 | N/A | 166.73 | 166.73 | 0.00 |
| 14 | Guerard Kalina & Butkus | 7100-000 | N/A | 44,536.20 | 44,536.20 | 0.00 |
| 16 | C/F International Inc. | 7100-000 | N/A | 1,173,745.21 | 1,173,745.21 | 0.00 |
| 17 | Ivie McNeill & Wyatt | 7200-000 | N/A | 36,934.66 | 36,934.66 | 0.00 |
| 18 | Ivie McNeill & Wyatt | 7200-000 | N/A | 36,934.66 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 1,327,493.87 | 1,275,033.06 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-29921-  
**Case Name:** CLASSIC WORLD PRODUCTIONS, INC.  
**Period Ending:** 03/02/11

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 02/03/04 (c)  
**§341(a) Meeting Date:** 03/01/04  
**Claims Bar Date:** 09/19/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | checking account - First Choice | 150.00 | 150.00 | OA | 0.00 | FA |
| 2 | assorted memorabilia (gold records, etc.) | 200,000.00 | 200,000.00 | OA | 0.00 | FA |
| 3 | office artwork | 100,000.00 | 100,000.00 | OA | 0.00 | FA |
| 4 | industry trade contract books | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 5 | CD collection | 20,000.00 | 20,000.00 | OA | 0.00 | FA |
| 6 | non-classical Audio Master collection | 10,000,000.00 | 10,000,000.00 | OA | 0.00 | FA |
| 7 | classical Audio Master collection | 600,000.00 | 600,000.00 | OA | 0.00 | FA |
| 8 | Judy Garland - video master collection | 4,500,000.00 | 4,500,000.00 | OA | 0.00 | FA |
| 9 | Tom Jones video master collection | 300,000.00 | 300,000.00 | OA | 0.00 | FA |
| 10 | Engelbert Humperdink - video master collection | 200,000.00 | 200,000.00 | OA | 0.00 | FA |
| 11 | misc. individual show masters | 200,000.00 | 200,000.00 | OA | 0.00 | FA |
| 12 | receivables | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 13 | lawsuit - CFI and Bert Rosen | Unknown | 0.00 | OA | 0.00 | FA |
| 14 | copyrights | 0.00 | 0.00 | OA | 0.00 | FA |
| 15 | license rights | 0.00 | 0.00 | OA | 0.00 | FA |
| 16 | 10 office computers, master to CD reprod. equip. | 60,000.00 | 60,000.00 | OA | 0.00 | FA |
| 17 | inventory (recorded CD's) | 200,000.00 | 200,000.00 | OA | 0.00 | FA |
| 18 | Geneon Entertainment - royalty fees (u) | 0.00 | 1,800.00 | | 1,894.33 | FA |
| 19 | pepsi cola - vending machine refund (u) | 0.00 | 10.00 | | 10.00 | FA |
| 20 | turnover proceeding Darryl Payne (u) | Unknown | 14,000.00 | | 7,500.00 | FA |
| 21 | royalty payment - Handleman Services Co. (u) | Unknown | 1,864.28 | | 1,864.28 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 26.08 | FA |
| 22 | Assets Totals (Excluding unknown values) | $16,390,150.00 | $16,407,824.28 | | $11,294.69 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 03/02/2011 04:36 PM    V.12.54

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-29921-        **Trustee:** (330380)  JOSEPH R. VOILAND
**Case Name:** CLASSIC WORLD PRODUCTIONS, INC.        **Filed (f) or Converted (c):** 02/03/04 (c)
       **§341(a) Meeting Date:** 03/01/04
**Period Ending:** 03/02/11        **Claims Bar Date:** 09/19/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** March 30, 2008        **Current Projected Date Of Final Report (TFR):** November 28, 2010 (Actual)

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-29921- | | Trustee: | JOSEPH R. VOILAND (330380) |
| Case Name: | CLASSIC WORLD PRODUCTIONS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****24-65 - Money Market Account |
| Taxpayer ID #: | **-***8723 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 03/02/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/16/06 | {18} | Geneon Entertainment (USA) Inc. | royalty fees | 1223-000 | 1,894.33 | | 1,894.33 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.37 | | 1,894.70 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.25 | | 1,895.95 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.29 | | 1,897.24 |
| 08/14/06 | | To Account #********2466 | transfer funds to pay for moving expenses | 9999-000 | | 300.00 | 1,597.24 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.18 | | 1,598.42 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.01 | | 1,599.43 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.12 | | 1,600.55 |
| 11/07/06 | 1001 | The Trailer Guy | trailer rental | 2420-000 | | 304.42 | 1,296.13 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.95 | | 1,297.08 |
| 12/07/06 | {19} | Pepsi-Cola General Bottlers, Inc. | vending machine refund | 1229-000 | 10.00 | | 1,307.08 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.82 | | 1,307.90 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.87 | | 1,308.77 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.65 | | 1,309.42 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.69 | | 1,310.11 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.72 | | 1,310.83 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.72 | | 1,311.55 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.67 | | 1,312.22 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.74 | | 1,312.96 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.72 | | 1,313.68 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.65 | | 1,314.33 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.77 | | 1,315.10 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.68 | | 1,315.78 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.67 | | 1,316.45 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.60 | | 1,317.05 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.27 | | 1,317.32 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.24 | | 1,317.56 |
| 04/04/08 | {21} | Handleman Services Company | royalty payment | 1223-000 | 1,864.28 | | 3,181.84 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.39 | | 3,182.23 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.39 | | 3,182.62 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.40 | | 3,183.02 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.40 | | 3,183.42 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.37 | | 3,183.79 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.41 | | 3,184.20 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.34 | | 3,184.54 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.25 | | 3,184.79 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 3,185.01 |

Subtotals : $3,789.43  $604.42

{} Asset reference(s)

Printed: 03/02/2011 04:36 PM    V.12.54

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 05-29921- | | **Trustee:** | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| **Case Name:** | CLASSIC WORLD PRODUCTIONS, INC. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****24-65 - Money Market Account |
| **Taxpayer ID #:** | **-***8723 | | **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Period Ending:** | 03/02/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.12 | | 3,185.13 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.12 | | 3,185.25 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.13 | | 3,185.38 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.12 | | 3,185.50 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.12 | | 3,185.62 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.13 | | 3,185.75 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.13 | | 3,185.88 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.13 | | 3,186.01 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.12 | | 3,186.13 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.12 | | 3,186.25 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.13 | | 3,186.38 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.13 | | 3,186.51 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.12 | | 3,186.63 |
| 02/04/10 | {20} | Daryl Payne | partial payment on judgement | 1249-000 | 2,000.00 | | 5,186.63 |
| 02/20/10 | {20} | Joseph R. Voiland, Trust | partial payment - Daryl Payne | 1249-000 | 2,000.00 | | 7,186.63 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.18 | | 7,186.81 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.32 | | 7,187.13 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.18 | | 7,187.31 |
| 04/20/10 | | Wire out to BNYM account 9200******2465 | Wire out to BNYM account 9200******2465 | 9999-000 | -7,187.31 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 604.42 | 604.42 | $0.00 |
| | | | Less: Bank Transfers | | -7,187.31 | 300.00 | |
| | | | **Subtotal** | | 7,791.73 | 304.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,791.73** | **$304.42** | |

{} Asset reference(s)

Printed: 03/02/2011 04:36 PM     V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-29921- | | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|---|
| Case Name: | CLASSIC WORLD PRODUCTIONS, INC. | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | | Account: | ***-*****24-66 - Checking Account |
| Taxpayer ID #: | **-***8723 | | | Blanket Bond: | $50,000,000.00   (per case limit) |
| Period Ending: | 03/02/11 | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/14/06 | | From Account #********2465 | transfer funds to pay for moving expenses | 9999-000 | 300.00 | | 300.00 |
| 08/14/06 | 101 | Aaron Hart | labor re: asset removal | 2990-000 | | 30.00 | 270.00 |
| 08/14/06 | 102 | Ashley Nichols | labor re: asset removal | 2420-000 | | 30.00 | 240.00 |
| 08/14/06 | 103 | Rachel Monkemeyer | labor re: asset removal | 2420-000 | | 30.00 | 210.00 |
| 08/14/06 | 104 | Dale Johnson | labor re: asset removal | 2420-000 | | 30.00 | 180.00 |
| 08/14/06 | 105 | Nick Slack | labor re: asset removal | 2420-000 | | 30.00 | 150.00 |
| 08/14/06 | 106 | Brian McGrath | labor re: asset removal | 2420-000 | | 40.00 | 110.00 |
| 08/14/06 | 107 | Meghan Voiland | labor re: asset removal | 2420-000 | | 30.00 | 80.00 |
| 04/20/10 | | Wire out to BNYM account 9200******2466 | Wire out to BNYM account 9200******2466 | 9999-000 | -80.00 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 220.00 | 220.00 | $0.00 |
| Less: Bank Transfers | 220.00 | 0.00 | |
| **Subtotal** | **0.00** | **220.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$220.00** | |

{} Asset reference(s)                                                                                   Printed: 03/02/2011 04:36 PM    V.12.54

Case 05-29921   Doc 224   Filed 05/28/11   Entered 05/28/11 10:22:26   Desc Main
Document      Page 11 of 12

Exhibit 9

## Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 05-29921-  
**Case Name:** CLASSIC WORLD PRODUCTIONS, INC.  
**Taxpayer ID #:** **-***8723  
**Period Ending:** 03/02/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******24-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2465 | Wire in from JPMorgan Chase Bank, N.A. account ********2465 | 9999-000 | 7,187.31 | | 7,187.31 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 7,187.46 |
| 05/11/10 | {20} | Joseph R. Voiland Trust Account | proceeds from Darryl Payne | 1249-000 | 3,500.00 | | 10,687.46 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.56 | | 10,688.02 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.61 | | 10,688.63 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.64 | | 10,689.27 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.63 | | 10,689.90 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,689.98 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,690.07 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,690.15 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,690.24 |
| 01/12/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 10,690.27 |
| 01/12/11 | | To Account #9200******2466 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 10,690.27 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,690.27 | 10,690.27 | $0.00 |
| | | | Less: Bank Transfers | | 7,187.31 | 10,690.27 | |
| | | | **Subtotal** | | **3,502.96** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,502.96** | **$0.00** | |

{} Asset reference(s)

Printed: 03/02/2011 04:36 PM    V.12.54

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 05-29921- | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | CLASSIC WORLD PRODUCTIONS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******24-66 - Checking Account |
| Taxpayer ID #: | **-***8723 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 03/02/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2466 | Wire in from JPMorgan Chase Bank, N.A. account ********2466 | 9999-000 | 80.00 | | 80.00 |
| 01/12/11 | | From Account #9200******2465 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 10,690.27 | | 10,770.27 |
| 01/12/11 | 10108 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,879.44, Trustee Compensation;  Reference: | 2100-000 | | 1,879.44 | 8,890.83 |
| 01/12/11 | 10109 | JOSEPH R. VOILAND | Dividend paid 100.00% on $567.40, Trustee Expenses;  Reference: | 2200-000 | | 567.40 | 8,323.43 |
| 01/12/11 | 10110 | Office of the U.S. Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $1,500.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 1,500.00 | 6,823.43 |
| 01/12/11 | 10111 | Richard L. Hirsh | Dividend paid  11.99% on $4,713.63, Attorney for D-I-P Fees (Chapter 11);  Reference: | 6210-160 | | 565.17 | 6,258.26 |
| 01/12/11 | 10112 | Springer Brown Covey Gaertner and Davis (ADMINISTRATIVE) | Dividend paid  11.99% on $52,195.50, Attorney for D-I-P Fees (Chapter 11);  Reference: | 6210-160 | | 6,258.26 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,770.27 | 10,770.27 | $0.00 |
| | | | Less: Bank Transfers | | 10,770.27 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,770.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $10,770.27 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****24-65 | 7,791.73 | 304.42 | 0.00 |
| Checking # ***-*****24-66 | 0.00 | 220.00 | 0.00 |
| MMA # 9200-******24-65 | 3,502.96 | 0.00 | 0.00 |
| Checking # 9200-******24-66 | 0.00 | 10,770.27 | 0.00 |
| | $11,294.69 | $11,294.69 | $0.00 |

{} Asset reference(s)    Printed: 03/02/2011 04:36 PM    V.12.54